**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARQUESE GAINES,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **1:25-CV-1294** |
| | : | **(JUDGE MARIANI)** |
| **WELLPATH, LLC, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW, THIS** 25th **DAY OF SEPTEMBER 2026**, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 78), and Plaintiff objections thereto, (Doc. 83), **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 78) is **ADOPTED** for the reasons set forth therein and in the accompanying memorandum opinion, and Plaintiff's objections (Doc. 83) are **OVERRULED**.

2. PrimeCare Medical, Inc. and Dr. Tamer Behman's motion to dismiss Plaintiff's constitutional claims (Doc. 48) is **GRANTED** and Plaintiff's constitutional claims are **DISMISSED WITH PREJUDICE**.

3. The Court declines to exercise supplemental jurisdiction over Plaintiff's negligence claim against PrimeCare Medical, Inc. and Dr. Tamer Behman. 28 U.S.C. § 1367(c)(3)

Robert D. Mariani
United States District Judge