**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARQUESE GAINES,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **1:25-CV-1294** |
| | : | **(JUDGE MARIANI)** |
| **WELLPATH, LLC, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW, THIS** 25th **DAY OF SEPTEMBER 2026**, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 79), **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 79) is **ADOPTED** for the reasons set forth therein and in the accompanying memorandum opinion and Plaintiff's objections (Doc. 84) are **OVERRULED**.
2. Dr. Jacqueline Howard's motion to dismiss (Doc. 43) is **GRANTED** and Plaintiff's constitutional claims are **DISMISSED WITH PREJUDICE**.
3. The Court declines to exercise supplemental jurisdiction over Plaintiff's negligence claim against Dr. Jacqueline Howard. 28 U.S.C. § 1367(c)(3).

Robert D. Mariani
United States District Judge