**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARQUESE GAINES,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **1:25-CV-1294** |
| | : | **(JUDGE MARIANI)** |
| **WELLPATH, LLC, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW, THIS** 25th **DAY OF SEPTEMBER 2026**, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 80) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 80) is **ADOPTED** for the reasons set forth therein and in the accompanying memorandum opinion.
2. Wellpath's motion to dismiss (Doc. 45) is **DENIED**.
3. This action is **REMANDED** to Magistrate Judge Carlson for further proceedings.

Robert D. Mariani
United States District Judge