**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARQUESE GAINES,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **1:25-CV-1294** |
| | : | **(JUDGE MARIANI)** |
| **WELLPATH, LLC, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW, THIS** 25th **DAY OF SEPTEMBER 2026**, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 81), and the Commonwealth Defendants objections to the R&R, (Doc. 82), **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 81) is **ADOPTED** for the reasons set forth therein and in the accompanying memorandum opinion, and the Commonwealth Defendants' objections (Doc. 82) are **OVERRULED**.
2. The Commonwealth Defendants' partial motion to dismiss (Doc. 70) is **DENIED**.
3. This action is **REMANDED** to Magistrate Judge Carlson for further proceedings.

Robert D. Mariani
United States District Judge